NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONALD WYATT,               )
                            )
       Appellant,       )
                            )
v.                        )
                            )    Case No. 2D17-1998
DCN CREATIVE, LLC,   )
                            )
       Appellee.       )
_____)

Opinion filed November 30, 2018.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

Dineen Pashoukos Wasylik and Jared
M. Krukar of DPW Legal, Tampa, for
Appellant.

Paige A. Greenlee of Greenlee Law
PLLC, Tampa, for Appellee.

PER CURIAM.

         Affirmed.

NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.